

EXHIBIT D