Acknowledged.
Date: 12/30/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION



SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| ANGIE'S LIST, INC., | |
| Plaintiff/Counterclaim Defendant, | |
| v. | Case No. 1:12-cv-755-SEB-TAB |
| SERVICEMAGIC, INC., | |
| Defendant/Counterclaim Plaintiff. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, by their respective counsel, hereby stipulate to the dismissal with prejudice of all claims actually asserted in this action against each other, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ George A. Gasper
Michael A. Wukmer
George A. Gasper
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282-0200
(317) 236-2100
michael.wukmer@icemiller.com
george.gasper@icemiller.com

*Attorneys for Plaintiff/Counterclaim Defendant, Angie's List, Inc.*

/s/ Stephen J. Horace
Kathleen A. DeLaney
Christopher S. Stake
DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
(317) 920-0400
kathleen@delaneylaw.net
cstake@delaneylaw.net

Stephen J. Horace, *admitted pro hac vice*
Alexander C. Clayden, *admitted pro hac vice*
LATHOP& GAGE LLP
950 17th Street, Suite 2400
Denver, CO 80202
(720) 931-3200
shorace@lathropgage.com
aclayden@lathropgage.com

*Attorneys for Defendant/Counterclaim Plaintiff, ServiceMagic, Inc. n/k/a HomeAdvisor, Inc.*

I/3386722.1

Copies to: Electronically registered counsel of record via ECF